UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROY DAVID KINSER, | NO. CIV. 2:10-184 WBS EFB |
| Plaintiff, | |
| v. | ORDER RE: MOTION TO DISMISS |
| CITY OF DAVIS, a public entity; JOEL ROMO, an individual; LARRY PHIPPS, an individual; and ROBERT WEIR, in his official and individual capacity, | |
| Defendants. | |

----oo0oo----

Plaintiff filed his Complaint on January 22, 2010 alleging violations of 42 U.S.C. § 1983 and various state causes of action.  (Docket No. 1)  On June 25, 2010, defendants City of Davis and Robert Weir filed a motion to dismiss plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.  (Docket No. 8.)  Plaintiff has filed a statement of non-

1

opposition to defendants' motion, stating that he had reached a settlement agreement with City of Davis and Robert Weir and would not oppose their motion in reliance on their efforts to execute a written agreement.  (Docket No. 14.)

      IT IS THEREFORE ORDERED that defendant City of Davis's and Robert Weir's motion to dismiss be, and the same hereby is, GRANTED.

DATED:  July 28, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE